UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

KEITH PERKINS,

      Plaintiff,                             Case No. 1:20-cv-1029

v.                                           Honorable Paul L. Maloney

UNKNOWN BAILEY et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  March 9, 2021                          /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                             United States District Judge